FILED
JAN 17 2024 TCM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cr-00026
Judge Elaine E. Bucklo
Magistrate Judge Heather K. McShain

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRELL D. HARSHAW | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>**UNDER SEAL** |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about August 26, 2022, at Oak Park, in the Northern District of Illinois, Eastern Division,

TYRELL D. HARSHAW,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a loaded Glock 17 Generation 5 9mm firearm, bearing serial number BFLC739 with an attached conversion device, also known as a "Glock switch," which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded Glock 17 Generation 5 9mm firearm, bearing serial number BFLC739 with an attached conversion device, also known as a "Glock switch," and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY